## EDWIN A. ROCKWELL *vs.* ANNA F. HOLDEN.

### PROVIDENCE—OCTOBER 29, 1900.

PRESENT : Stiness, C. J., Tillinghast and Douglas, JJ.

(1) *Probate Law and Practice.* *Petition for Trial.* *Accident and Mistake.*

Gen. Laws R. I. cap. 251, § 3, extends only to cases decided by a Probate Court in which some attempt at least has been made to take an appeal, and does not include a case in which no appeal has been taken.

PETITION for a trial. The petition set forth substantially the facts given in the statement of facts in the preceding case of *Rockwell* v. *Holden*, 22 R. I. 243, and contained in addition averments showing the causes operating to prevent the petitioner from appealing from the order of the Probate Court. The petition prayed for a trial in the Probate Court of Warwick, or for leave to file a bond and prosecute his appeal from the order of the Probate Court. Heard on petition, and petition dismissed.

The statute cited is printed in a note to *Cronshaw* v. *Cronshaw*, 21 R. I. 54.

(1)    PER CURIAM. The court is of opinion that the petition must be denied. In *Cronshaw* v. *Cronshaw*, 21 R. I. 54, it is held that the statute, Gen. Laws, cap. 251, § 3, in the part relating to cases in Probate Courts applies only to those cases in which some attempt, at least, has been made to take an appeal.

*P. J. McCarthy and George B. Barrows*, for petitioner.
*Cooke & Angell*, for respondent.